

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      Nicholas Eugene Campise v. The State of Texas

Appellate case number:    01-22-00223-CR

Trial court case number:  20-06-17321

Trial court:              506th District Court of Waller County

On September 9, 2022, appellant's counsel filed an *Anders* brief and a motion to withdraw.  On January 9, 2023, appellant's counsel filed an amended brief, raising one point of error.  *See* TEX. R. APP. P. 38.7.  Because appellant has filed an amended brief, we strike appellant's previously-filed *Anders* brief and motion to withdraw.  On January 11, 2023, the State filed a motion for an extension of time to file a response to the amended brief.  We grant the State's motion for an extension.

The State's brief, if any, is ORDERED to be filed within 30 days of the date of this order.  *See* TEX. R. APP. P. 38.6(b), (d).

Judge's signature: ___/s/ Terry Adams_____
                    ☒ Acting individually    ☐ Acting for the Court

Date: ___January 19, 2023_____